UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

No. 23-3
(4:02-cr-00992-JFA-2)
(4:16-cv-02027-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON L. BASHAM

Defendant – Appellant

—————————————————

O R D E R

—————————————————

The court consolidates Case No. 23-3 and Case No. 23-2(L). Entry of

appearance forms filed by counsel and parties to the lead case are deemed filed in

the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk