# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## Case Nos. 23-2(L) and 23-3

---

## UNITED STATES OF AMERICA, Plaintiff-Appellee

## v.

## CHADRICK EVAN. FULKS, Petitioner-Appellant

---

## UNITED STATES OF AMERICA, Plaintiff-Appellee

## v.

## BRANDON L. BASHAM, Petitioner-Appellant

---

## UNOPPOSED MOTION FOR TWENTY-ONE-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF FOR APPELLANTS AND JOINT APPENDIX

---

Appellants, Chadrick Fulks and Brandon Basham, through counsel, respectfully move this Court for a twenty-one-day extension of time from the current June 30, 2023, due date for the initial brief and the joint appendix. Counsel for the Government (Appellee) does not oppose the granting of this motion. In support, Appellants state the following:

1. Appellants are federal prisoners at the United States Penitentiary at Terre Haute under a sentence of death. They were convicted and sentenced to death in the United States District Court for the District of South Carolina. Their

convictions and death sentences were affirmed by this Court on direct appeal. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010); *United States v. Basham*, 561 F.3d 302 (4th Cir. 2009). Appellants filed motions to vacate their convictions and sentence pursuant to 28 U.S.C. § 2255, which were denied. The denials of relief were affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012); *United States v. Basham*, 789 F.3d 358 (4th Cir. 2015).

2. In 2016, both Appellants requested and were granted permission to file successor § 2255 motions based on *Johnson v. United States*, 576 U.S. 591 (2015). On January 10, 2023, the lower court denied relief to both Appellants. The instant appeal followed.

3. This Court consolidated Mr. Fulks's appeal with that of Mr. Basham, and the two will submit a single brief in support of their respective appeals.

4. On April 25, 2023, this Court granted Appellants' motion for a sixty-day extension of time, until June 30, 2023, to file the initial brief and joint appendix. ECF No. 15.

5. Appellants are respectfully requesting an additional twenty-one days, up to and including July 21, 2023, to submit their initial brief and the joint appendix. As Appellants stated in their April 25, 2023, request for an extension of time, their appeals are complex. Appellants challenge their convictions under 18 U.S.C. §§ 924(c) and (o) in the wake of *Johnson*; *United States v. Davis*, 139 S. Ct.

2319 (2019); *Borden v. United States*, 141 S. Ct. 1817 (2021); and *United States v. Taylor*, 142 S. Ct. 2015 (2022). Sections 924(c) and (o) require the use of a firearm in a crime of violence as defined by the so-called "force clause" of § 924(c)(3)(A), which requires a potential predicate offense to have, as an element, the use, threatened use, or attempted use of force before the predicate crime can serve as the basis for a § 924(c) or (o) conviction. Appellants must address whether the elements of the federal carjacking statute have, as an element of the offense, the knowing or purposeful use of violent force that *Borden* requires for an offense to be a crime of violence. Appellants must also address whether carjacking by actual taking and carjacking by attempt are indivisible from each other, and thus, can be committed without the use, attempted use, or threatened use of force required by § 924(c)(3)(A)'s force clause. Appellants must address whether their § 924 convictions were based on their kidnapping convictions, rather than their carjacking convictions, as kidnapping is not a crime of violence. Finally, Appellants must address whether, if the § 924 convictions are found to be invalid, these invalid convictions undermine the validity of their death sentences and warrant penalty phase relief.

6.      Additionally, counsel for Appellants have a number of competing obligations that prevent them from completing the initial brief by June 30, 2023. Counsel for Mr. Fulks filed a post-hearing memorandum in post-conviction

3

proceedings held in another capital case on May 15, 2023. On June 6, 2023, he also made a presentation to the prosecution in connection with a request to deauthorize the death penalty in a federal capital case.

7. Like counsel for Mr. Fulks, counsel for Mr. Basham has conflicting deadlines and obligations in capital cases, which took time away from completing this brief. Counsel recently filed a petition for writ of certiorari on May 3, 2023, a response for a motion to dismiss on May 12, 2023, and a reply in a certiorari petition on June 21, 2023. Counsel also has a reply in a habeas petition due July 24, 2023. In addition, counsel for Mr. Basham recently negotiated a release of a capital client from prison after almost thirty years in prison. Finally, Ms. Marquez is a supervisor in the Capital Habeas Unit and head of the Tucson Branch of the Federal Public Defender Office, which involves numerous administrative duties, including training, travel, expert, staff, and budget issues, and has also taken time away from completing this opening brief.

8. Appellants have made substantial progress on researching and drafting the initial brief. While they are close to completion, Appellants' counsel request an additional twenty-one days to provide this Court with professionally adequate pleading.

9. On June 26, 2023, Kathleen Stoughton, Esq., who represents the Government in this matter, indicated that the Government has no objection to this request.

WHEREFORE, Appellants Fulks and Basham respectfully request that their motion for a twenty-one (21) day extension of time be granted, that they be permitted to file their initial brief and the joint appendix on or before July 21, 2023.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

Dated: June 26, 2023

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that, on this day, I served the foregoing document by ECF filing on the following party:

> Kathleen Stoughton, Esq.
> Office of the United States Attorney
> 1441 Main Street, Suite 500
> Columbia, SC 29201

> /s/ Peter Williams
> Peter Williams

Dated:  June 26, 2023