UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK E. FULKS

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/20/2023

Any reply brief: 21 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk