IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

|  |  |  |
|---|---|---|
| | ) | |
| United States of America, | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-2 (L) |
| | ) | |
| Chadrick Fulks and Brandon Basham, | ) | |
| Appellants. | ) | |
| | ) | |

---

MOTION TO FILE SUPPLEMENTAL APPENDIX

The government respectfully moves this Court to enter an order allowing it to file a supplemental appendix of 32 pages.

In the United States District Court for the District of South Carolina, Fulks and Basham were convicted of carjacking and kidnapping resulting in death and sentenced to death. Their convictions were affirmed on appeal and on collateral attack. This case involves an appeal from the district court's denial of appellants' second motion for relief under 28 U.S.C. § 2255.

In preparing its response to appellants' brief, the government determined that certain jury instructions and portions of a closing argument were inadvertently omitted from the joint appendix. These documents are needed to buttress the government's arguments that the death penalty juries did not rely

on appellants' convictions under 18 U.S.C. § 924(c) and (o) in imposing the death penalty.   See Government Response Brief at 34-35.

Peter Williams and Leticia Marquez, counsel for appellants, consent to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court grant its motion to file a supplemental appendix.

/s/_____
THOMAS E. BOOTH
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Ave NW; Room 1511
Washington DC 20530
(202) 514-5201
Thomas.Booth@usdoj.gov