UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK E. FULKS

Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk