# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## Case Nos. 23-2(L) and 23-3

_____

### UNITED STATES OF AMERICA, Plaintiff-Appellee

### v.

### CHADRICK EVAN. FULKS, Petitioner-Appellant

_____

### UNITED STATES OF AMERICA, Plaintiff-Appellee

### v.

### BRANDON L. BASHAM, Petitioner-Appellant

_____

### UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF
### TIME TO FILE REPLY BRIEF

_____

Appellants, Chadrick Fulks and Brandon Basham, through counsel, respectfully move this Court for a thirty-day extension of time from the current December 11, 2023, due date for their reply brief. Counsel for the Government (Appellee) does not oppose the granting of this motion. In support, Appellants state the following:

1. Appellants are federal prisoners at the United States Penitentiary at Terre Haute under a sentence of death. They were convicted and sentenced to death in the United States District Court for the District of South Carolina. Their

convictions and death sentences were affirmed by this Court on direct appeal. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010); *United States v. Basham*, 561 F.3d 302 (4th Cir. 2009). Appellants filed motions to vacate their convictions and sentence pursuant to 28 U.S.C. § 2255, which were denied. The denials of relief were affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012); *United States v. Basham*, 789 F.3d 358 (4th Cir. 2015).

2.      In 2016, both Appellants requested and were granted permission to file successor § 2255 motions based on *Johnson v. United States*, 576 U.S. 591 (2015). On January 10, 2023, the lower court denied relief to both Appellants. The instant appeal followed.

3.      This Court consolidated Mr. Fulks's appeal with that of Mr. Basham. On July 21, 2023, Appellants jointly filed their initial brief and joint appendix. ECF No. 18. The Government filed its Response Brief on November 20, 2023. ECF No. 39. Appellants' reply brief is currently due on December 11, 2023.

4.      Appellants are respectfully requesting an additional thirty days, up to and including January 10, 2024, to submit their joint reply brief. These appeals are complex. Appellants challenge their convictions under 18 U.S.C. §§ 924(c) and (o) in the wake of *Johnson*; *United States v. Davis*, 139 S. Ct. 2319 (2019); *Borden v. United States*, 141 S. Ct. 1817 (2021); and *United States v. Taylor*, 142 S. Ct. 2015 (2022). Sections 924(c) and (o) require the use of a firearm in a crime of violence

as defined by the so-called "force clause" of § 924(c)(3)(A), which requires a potential predicate offense to have, as an element, the use, threatened use, or attempted use of force before the predicate crime can serve as the basis for a § 924(c) or (o) conviction. The issues involved in the case include, inter alia: whether the elements of the federal carjacking statute have, as an element of the offense, the knowing or purposeful use of violent force that *Borden* requires for an offense to be a crime of violence; whether carjacking by actual taking and carjacking by attempt are indivisible from each other, and thus, can be committed without the use, attempted use, or threatened use of force required by § 924(c)(3)(A)'s force clause; and whether Appellants' § 924 convictions were based on their kidnapping convictions, rather than their carjacking convictions, as kidnapping is not a crime of violence. Furthermore, because two defendants are involved, counsel for Appellants must coordinate to ensure that the reply brief is a pleading that makes all arguments envisioned by counsel for both Appellants.

5.      Appellants have made substantial progress on the reply brief, but will require additional time for the research and briefing needed to provide this Court with a professionally adequate pleading. Appellants' counsel request an additional thirty days file their reply brief.

6.      Thomas E. Booth, who is counsel for the Government, has no objection to this request.

WHEREFORE, Appellants Fulks and Basham respectfully request that their motion for a thirty-day extension of time be granted, and that they be permitted to file their reply brief on or before January 10, 2024.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

Dated: December 5, 2023

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that, on this day, I served the foregoing document by ECF filing on the following party:

Thomas E. Booth
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Penn. Ave., Room 1511
Washington, DC 20530

/s/ Peter Williams
Peter Williams

Dated: December 5, 2023