UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK E. FULKS

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/10/2024.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk