

**U.S. Department of Justice**

Criminal Division

*Appellate Section*                                    *Washington, D.C. 20530*

The Honorable Nwamaka Anowi                January 18, 2024
Clerk of Court
United States Court of Appeals
  for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia  23219

Re: *United States* v. *Chadwick Fulks*, No. 23-3 (L)

Dear Ms. Anowi:

Pursuant to Fed. R. Crim. P. 28(j), the following supplemental citation of authority is furnished to the Court:

In *United States* v. *Jackson*, No. 22-3958, 2023 WL 8847859, (6th Cir. Dec. 21, 2023) (unpub.), the Sixth Circuit held, as an alternative holding, that the carjacking statute, 18 U.S.C. 2119, is a crime of violence under 18 U.S.C. 924(c)(3)(A).  It further held that the Supreme Court's decision in *United States* v. *Borden*, 593 U.S. 420 (2021), which held that a crime of violence does not include a crime that can be committed recklessly, does not invalidate Section 2119 because Section 2119 has a specific intent requirement.  See Gov't. Brief at 24-27.

Yours very truly,

Thomas E. Booth
Attorney
Department of Justice
950 Pennsylvania Avenue;
Room 1511
Washington, DC 20044
(202) 514-5201
Thomas.Booth@usdoj.gov