IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| United States of America,<br>    Appellee,<br><br>  v.<br><br>Chadrick E. Fulks & Brandon Basham,<br>    Appellants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-2 (L) |

UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT DATE

The government respectfully moves the Court to continue the date for oral argument in this case, which is currently scheduled for March 21, 2024, in Richmond, Virginia, until the next oral argument session. The reason is that government appellate counsel, who has handled three previous appeals in this matter, is recovering from a recent cardiac procedure that substantially limits counsel's ability to work and travel.

In the United States District Court for the District of South Carolina, the defendants were convicted of, among other offenses, carjacking (18 U.S.C. § 2119(2)), kidnapping (18 U.S.C. § 1201(a)), and conspiracy to carry or use a firearm during and in relation to a crime of violence (18 U.S.C. § 924(o)) Each

1

defendant was sentenced to death.

This Court affirmed the convictions on direct appeal and on collateral attack. The current appeal stems from the district court's denial of the defendants' second motion for relief under 28 U.S.C. § 2255.

Counsel was assigned to this appeal because he was counsel of record in three prior appeals in this case. See *United States* v. *Basham*, 561 F.3d 302 (4th Cir. 2009); *United States* v. *Basham*, 789 F.3d 358 (4th Cir. 2015), and *United States* v. *Fulks*, 683 F.3d 512 (4th Cir. 2012).

This Court scheduled oral argument in this case for March 21, 2024. On February 26, 2024, counsel underwent a surgical procedure to protect him against a stroke and cardiac arrest. The doctors have advised counsel that a one-month recovery period is necessary to ensure full rehabilitation. Counsel is currently experiencing physical restrictions that limit his ability to work and prepare for this case. Furthermore, travel to and from Richmond would be burdensome.

Peter Williams, counsel for Fulks, and Leticia Marquez, counsel for Basham, both consent to this motion to continue the oral argument in this case.

Wherefore, the government requests that the Court continue the oral argument in this case from March 21, 2024, to the next oral argument session.

2

/s/\
THOMAS E. BOOTH\
Attorney\
Appellate Section\
Criminal Division\
Department of Justice\
950 Pennsylvania Ave.; Room 1511\
Washington D.C.   20530\
202.514-5201\
Thomas.Booth@usdoj.gov