FILED: March 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK E. FULKS

Defendant - Appellant

_____

No. 23-3
(4:02-cr-00992-JFA-2)
(4:16-cv-02027-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON L. BASHAM

Defendant - Appellant

_____

ORDER

_____

This case is currently calendared for oral argument March 21, 2024.

Upon consideration of appellee's unopposed motion to continue oral argument, the court grants the motion and continues this matter to the next available oral argument session.

For the Court

/s/ Nwamaka Anowi, Clerk