

The Honorable Nwamaka Anowi          July 22, 2024
Clerk of Court
United States Court of Appeals
  for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia  23219

Re: *United States* v. *Chadrick Fulks*, No. 23-2 (L)

Dear Ms. Anowi:

Pursuant to Fed. R. Crim. P. 28(j), the following supplemental citation of authorities is furnished to the Court:

1.  In *United States* v. *Tipton*, 95 F.4th 831, 852 (4th Cir. 2024), this Court held that, on collateral attack on a conviction under 18 U.S.C. 924(c) that was based on a valid and an invalid predicate crime, the defendants must "demonstrate more than a reasonable possibility that the jury did *not* rely on the valid [ ] predicate for any of their § 924(c) convictions." (emphasis in original). See Gov't. Brief at 27-32.

2.  In *United States* v. *Whitley*, 105 F.4th 672, 682 (4th Cir. 2024), this Court held that the federal carjacking statute, 18 U.S.C. 2119, "requires a showing that the defendant had the 'intent to cause death or serious bodily harm.'"  See Gov't. Brief at 24-27.

3.  In *United States* v. *Daughtry*, No. 23-11695, 2024 WL 2182343 *6-*7 (11th Cir. 2024) (unpub.), the Eleventh Circuit reiterated that Section 2119 is a crime of violence under 18 U.S.C. 924(c)(3)(A).  It further held that the Supreme Court's decision in *United States* v. *Borden*, 593 U.S. 420 (2021), which held that a crime of violence does not  include a crime that can be committed recklessly, does not invalidate Section 2119 as a crime of violence under Section 924(c). See Gov't. Brief at 24-27.

Oral argument in this case is scheduled for September 26, 2024.

Yours very truly,

Thomas E. Booth
Attorney
Department of Justice
950 Pennsylvania Avenue
Room 1511
Washington, DC 20044
(202) 514-5201
Thomas.Booth@usdoj.gov