FILED: December 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK E. FULKS

Defendant - Appellant

_____

No. 23-3
(4:02-cr-00992-JFA-2)
(4:16-cv-02027-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON L. BASHAM

Defendant – Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under <u>Fed. R. App. P. 35</u> on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge King, and

Judge Agee.

For the Court

<u>/s/ Nwamaka Anowi, Clerk</u>